Nina Gershon
United States District Judge

RECEIVED

2009 JUL -7 A 11: 16

FINANCIAL
DISCLOSURE OFFICE

Honorable Bobby R. Baldock
Committee on Financial Disclosure
Administrative Offices of the United States Courts
One Columbia Circle, NE
Washington, DC 20544

June 30, 2009

Dear Judge Baldock:

In response to your letter of June 26, 2009, please accept this letter as an amendment of my financial disclosure report under the Ethics in Government Act of 1978 dated May 11, 2009.

(1) In Block 6, the reporting period should be entered as the preceding calendar year (January 1, 2008 through December 31, 2008).
(2) In Part VII, page 2, line 21, the entry should read: ██████████████

██████████████

Thank you for your assistance.

Sincerely yours,

Nina Gershon

**Gershon_Nina**

| AO 10 Rev. 1/2009 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Gershon   Nina | 2. Court or Organization EDNY | 3. Date of Report 5-11-09 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) USDJ Senior | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial  ☒ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period to |

| 7. Chambers or Office Address 225 Cadman Plaza E. Brooklyn, NY 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 18 A 9:59 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | |
|---|---|---|---|
| 1. | 2008 | ███████████ | — salary |
| 2. | 2008 | ███████████ | — salary |
| 3. | | | |
| 4. | | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | 1/27-2/03 | Nevis | Bench/Bar Conf. | transport, room, board |
| 2. | Aspen Inst. | 5/30-6/1 | Wye, Md. | seminar | transport, room, board |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gershon, Nina | 5-11-09 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☒ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. USAA MasterCard | credit card | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

ANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Dxx of 2: |
|---|---|
| Nina Gershon | 5-11-0 |

. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity buyer/seller (if private tr) |
| — NONE No reportable income, assets. | | | | | | | | | |
| 1 IBM Common Stock | A | Div | J | T | | | | | |
| 2 US Govt HH Bonds | A | Int | K | T | | | | | |
| 5 Fidelity Magellan (IRA) | A | Div | J | T | | | | | |
| 6 Fidelity NY tax free M.M. | A | Div | J | T | | | | | |
| 7 Washington Mutual (formerly Dime) (IRA) | Cash Eq. A | Int | J | T | | | | | |
| 9 Citibank Checking Acct. | | None | J | T | | | | | |
| 10 Chase Manh. Bank CD | A | Int | J | T | | | | | |
| 11 DW/Sears Liq. Assets | A | Div | J | T | | | | | |
| 13 Chase Manh Bank | A | Int | J | T | | | | | |
| 15 Dreyfus Growth + Inc (IRA) | A | Div | J | T | | | | | |
| 17 DW Dev. Growth Fund | A | Div | K | T | | | | | |

# NANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Rep |
|---|---|
| Nina Gershon | 5-11-09 |

## II. Page 2 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity buyer/sell (if private tx) |
| — NONE (No reportable income, assets. | — | | | | | | | | |
| 18 DW Div. Growth Fund | A | Div | K | T | | | | | |
| 19 DW Global Div. Growth F | A | Div | K | T | | | | | |
| 20 Kaufmann Fund | C | Div | L | T | | | | | |
| 21 ▆▆▆▆▆▆▆ | | None | N | T | | | | | |
| 23 N.Y. Money Trust (NTFI) | A | Div | J | T | | | | | |
| 30 LI Power – B Bond | A | Int | | | redeem | 4/01 | J | A | |
| 31 Vanguard 500 (IRA) | B | Div | K | T | | | | | |
| 33 Cattargu s Impt BE Bond | B | Int | K | T | | | | | |
| 34 Albany Co GO-B Bond | A | Int | K | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000·   D=$5,001-$15,000   E=$15,001-$ (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000 ▆▆▆

| | Name of Person Reporting | Date of Report |
|---|---|---|
| NCIAL DISCLOSURE REPORT | Nina Gershon | 5-11-09 |

## Page 3 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private trans.) |
| ] NONE (No reportable income, assets) | | | | | | | | | |
| 35 Fed. Int. Govt Fund (IRA) | A | Int | K | T | | | | | |
| 36 Dreyfus U.S. Int. Fund | A | Int | J | T | | | | | |
| 37 Vanguard GNMA Fund | A | Int | K | T | | | | | |
| 38 Dreyfus Mun. Bond Fund | A | Int | K | T | | | | | |
| 39 Vanguard GNMA (IRA) | B | Div | K | T | | | | | |
| | | | | | | | | | |
| 41 NYS Thruway Auth | A | Int | | | redeem | 4/01 | J | A | |
| 42 NYC Trans. Fin. | A | Int | K | T | | | | | |
| 43 Chautauqua Cty, N.Y. Bond | B | Int | K | T | | | | | |
| 44 NYS Dorm Auth | A | Int | J | T | | | | | |
| | | | | | | | | | |
| 46 NYC Mun Water Auth | A | Int | J | T | | | | | |
| 47 Haverstraw Pub Imp | A | Int | J | T | | | | | |
| 48 NYS Hsg Fin Agency | A | Int | K | T | | | | | |
| 49 Albany Cty NY Airport Auth | A | Int | | | redeem | 2/01 | K | A | |
| 50 NYS Local Govt Asst | B | Int | | | redeem | 4/01 | K | A | |
| 51 NYS Env Facs Corp | B | Int | K | T | | | | | |

Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$5 (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=...

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Nina Gershon | 5-11-09 |

## VII. Page 4 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income. | | | | | | | | | |
| 52 NYS GOB | A | Int | J | T | | | | | |
| 53 Cohoes NY GOB | A | Int | K | T | | | | | |
| 54 NYS Env Facs Corp | A | Int | K | T | | | | | |
| 55 NYS Loc Govt ASST | A | Int | | | redeem | 4/01 | J | A | |
| 56 Schenectady NY School | A | Int | J | T | | | | | |
| 57 NYS Env. Facs Corp | B | Int | K | T | | | | | |
| 58 FID. CAPITAL Appreciatn Fund | A | Div | J | T | | | | | |
| 59 FID. LARGE Cap Value Fund | A | Div | J | T | | | | | |
| 60 FID. VALUE Fund | A | Div | J | T | | | | | |
| 61 Citibank CD | A | Int | K | T | buy | 12/18 | K | | |
| 62 Citibank Market Rate Acct | A | Int | J | T | buy | 12/18 | J | | |
| 63 NYS TWY AUTH | B | Int | K | T | buy | 2/14 | K | | |
| 64 Triboro B+T AUTH | B | Int | K | T | buy | 4/10 | K | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| Gershon Nina | 5-11-09 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In Part VII, references to DW (Dean Witter) are now Morgan Stanley

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gershon     Nina | 5-11-09 |

## IX. CERTIFICATION.

 I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

 I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544